**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CMM:sjc
F. #2019R00608

*610 Federal Plaza*
*Central Islip, New York 11722*

June 20, 2019

<u>By Hand</u>

The Honorable Anne Y. Shields
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

   Re: United States v. John Doe
     <u>Criminal Docket No. 19-MJ-320 (AYS)</u>

Dear Judge Shields:

  The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

            Respectfully submitted,

            RICHARD P. DONOGHUE
            United States Attorney

       By: /s/
          Catherine M. Mirabile
          Assistant U.S. Attorney
          (631) 715-7850

Enclosure

cc: Clerk of Court (by ECF)
   Tracey Gaffey, Esq. (by ECF)