CMM:sjc
F.# 2019R00608

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------X

UNITED STATES OF AMERICA

- against -

JOHN DOE,

        Defendant.

------------------------X

PROPOSED ORDER

CR 19-MJ-320 (AYS)

Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Catherine M. Mirabile, for an order unsealing the above-captioned matter in its entirety.

WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:   Central Islip, New York
         June 20, 2019

/s/ Anne Y. Shields
_____
HONORABLE ANNE Y. SHIELDS
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK